UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RAFAEL A. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:09CV473 HEA |
| ) | |
| JOAN L. MORIARTY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

**IT IS HEREBY ORDERED** that plaintiff's post-dismissal motion for review of judgment pending viewing on new evidence [Doc. #12] is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's post-dismissal motion for discovery of the case files [Doc. #7] is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's motion for reconsideration of the May 1, 2009 Order denying him leave to proceed in forma pauperis on appeal [Doc. #21] is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's request that the Court forward a separate copy of his inmate account statement to the Eighth Circuit Court of Appeals [Doc. #22] is **DENIED AS MOOT**, as the Court of Appeals already has access to the entirety of this Court's docket.

Dated this 14th day of May, 2009.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE